UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HB PARKCO CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV18-01071 DOC (DFMx)<br><br>**ORDER FOR DEFENDANT AND BRETT BEHRNS TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH ORDER TO PRODUCE RECORDS**<br><br>Hon. David O. Carter<br><br>Date: October 21, 2019<br>Time: 8:30 a.m.<br>Courtroom: 9D |

Upon motion by the plaintiff, Construction Laborers Trust Funds for Southern California Administrative Company ("ADMINCO"), the Court entered an interlocutory order on December 28, 2018 for the defendant, HB Parkco Construction, Inc. ("EMPLOYER"), and its managing officers, managing employees, agents and successors, as well as all those in active concert or participation with any one or more of them to submit to a full audit of the defendant for the period January 1, 2013 through the date of the audit, and fully cooperate with ADMINCO with respect to the

1

audit in order for ADMINCO to determine the total amount due to the Trust Funds by the EMPLOYER. [*See* Court Document 24 (Audit Order).] ADMINCO has filed an application for the issuance of an order for the EMPLOYER and Brett Behrns – who shown by ADMINCO in documents filed with, and in support of, its application to be an office of the EMPLOYER – to show cause why they should not be adjudged in civil contempt for failing and refusing to obey the Audit Order ("Application for OSC"). Having reviewed ADMINCO's application and documents filed in support thereof, and good cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. Brett Behrns is ordered to appear before the above-entitled Court on **October 21, 2019, at 8:30 a.m.**, in Courtroom 9D of the United States District Courthouse, located at 411 West Fourth Street, Courtroom , Santa Ana, CA, 92701-4516, and show cause, if any, why an order should not be entered finding him and HB Parkco Construction, Inc. to be in contempt of court for failing and refusing to obey the Audit Order.

2. Service of a copy of this order shall, within one week of its entry, be effectuated by ADMINCO: (a) by mail to Brett Behrns at the street address of record for the EMPLOYER shown on the California Secretary of State website and California Contractors State License Board website, as discussed and documented at paragraphs 4 through 6 of the declaration of Peter A. Hutchinson ("Hutchinson Declaration") filed concurrently with ADMINCO's Application for OSC; and

///
///
///
///

(b) by email to brett.behrns@hbparkco.com, which is documented at paragraph 5 of the Hutchinson Declaration to be Brett Behrns email address.

Dated: October 1, 2019

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE